**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 MAY 18 PM 5:27

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:10CR 3053 |
| vs. | ) | INDICTMENT |
| | ) | 21 U.S.C. § 846 |
| CHIEN HUNG NGUYEN and AARON WILLIAM POLK, | ) | |
| Defendants. | ) | |

The Grand Jury Charges that:

## COUNT I

From on or about July 1, 2007, through April 24, 2010, in the District of Nebraska, CHIEN HUNG NGUYEN and AARON WILLIAM POLK, Defendants herein, knowingly and intentionally, combined, conspired, confederated and agreed together and with each other, and with other persons, known and unknown to the Grand Jury, to manufacture, and possess with intent to manufacture and distribute 1,000 or more marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(vii).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL.



FOREPERSON

4:10CR3053

_____
ROBERT C. STUART
Acting United States Attorney


The United States of America requests that trial of this case be held at Lincoln, Nebraska, pursuant to the rules of this Court.

_____
JANICE M. LIPOVSKY
Special Assistant United States Attorney