# Memorandum



| Subject | Date |
|---|---|
| UNSEALING OF INDICTMENT<br><br>U.S. v. CHIEN HUNG NGUYEN and AARON WILLIAM POLK<br>4:10CR3053 | MAY 24, 2010 |
| To | From |
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | JANICE M. LIPOVSKY, SAUSA |

  Be advised that Defendants named in the Indictment listed above, are now in custody. You may now unseal the criminal Indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).