IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | 4:10 CR 3053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION FOR |
| vs. | ) | CONTINUANCE |
| | ) | |
| CHIEN H. NGUYEN et al, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW the defendant Chien Nguyen, through his counsel Kurt P. Leffler, Attorney at Law, and hereby moves this honorable court to continue the arraignment in this matter, which was scheduled for Tuesday, May 25 at 3:00 p.m., to Wednesday, May 26, 2010 at 11:30 a.m.

In support of said motion, Defendant shows this honorable court as follows:

1. Counsel is currently in the second day of a two day trial, and trial is not expected to end by the time of the arraignment, which is currently scheduled for Tuesday, May 25th, 2010 at 3:00 pm.

2. Counsel is a sole practitioner of the law, and another attorney is not available in the office to cover the hearing.

3. Counsel has discussed the matter with the defendant, Mr. Nguyen, and said defendant approves of the continuance.

WHEREFORE, Defendant prays that the arraignment in this matter be continued until Wednesday, May 26th, at 11:30 pm.

Dated this 25th Day of May, 2010.

                                    CHIEN H. NGUYEN, Defendant

By:   s/ Kurt P. Leffler
        Kurt P. Leffler
        Bar Number 23015
        Attorney for Defendant Chien Nguyen
        5625 "O"Street, Suite 112
        Lincoln, Nebraska 68510
        Phone: (402) 488-4300
        Fax: (402) 466-1950
        kurt@kurtplefflerlaw.com

## CERTIFICATE OF SERVICE

I, Kurt P. Leffler, hereby certify that on May 25, 2010, I served a true and correct copy of this entry of appearance upon the United States by and through its attorney of record, Janice Lipovsky, via the CM/ECF System.

                                    s/ Kurt P. Leffler
                                    Attorney for Defendant