# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA
### OFFICE OF THE CLERK

| | | |
|---|---|---|
| **Denise M. Lucks** | | **M. Therese Bollerup** |
| **Clerk of Court** | www.ned.uscourts.gov | **Chief Deputy Clerk** |

May 25, 2010

Kurt P. Leffler
LEFFLER LAW FIRM
5635 &quot;O&quot; Street
Suite 101
Lincoln, NE 68510

RE:   Case No.  4:10cr3053
      USA v. Nguyen et al

Dear Counsel:

  Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

  Our records indicate that you have not:

  ____Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

  ____Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

  __X__Paid the 2009/2010 biennial attorney assessment fee, as required by NEGenR 1.7(h).

  The necessary form(s) is/are attached for your use in complying with this request.  If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order.  If you have already submitted the forms or taken the action required above, please disregard this letter.  If you have any questions or concerns, please do not hesitate to contact our office.

           Sincerely,

           s/ Mary Roundtree
           Deputy Clerk

Enclosures                             Forms-Attorney_Letter
                                Approved: February 25, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

2009/2010 BIENNIAL ASSESSMENT FORM
(Pro hac vice attorneys are not required to fill out a biennial assessment form
or pay the $10.00 assessment fee.)

1. Please supply our office with the following information:

   Name _____

   Mailing Address _____

   _____

   Law Firm Telephone Number _____

   Law Firm Fax Number _____

   E-mail Address _____

2. The Federal Practice Committee decided at its August 15, 2008, meeting to compile a current list of attorneys who are willing to accept appointments in civil in forma pauperis cases. For information regarding compensation of court-appointed counsel, please see the court's Amended Plan for the Administration of the Federal Practice Fund available on the court's Web site: http://www.ned.uscourts.gov/pom/crtplans/fedpract.pdf.  In conjunction with the renewal process, we are asking the following question:

   Are you willing to accept appointments in civil in forma pauperis cases?

   Yes _____     No _____

3. If paying by check, make payable to Clerk, U.S. District Court. If paying by credit card, complete the bottom portion of this form. Please complete the form and return with your $10.00 payment to:

   Clerk, U. S. District Court
   Biennial Assessment
   111 S. 18th Plaza, Suite 1152
   Omaha, NE 68102-1322

Credit Card Authorization: I, **Name of Attorney/Law Firm** _____

hereby authorize the United States District Court for the District of Nebraska to charge the

following credit card for payment of the assessment fee in the amount of $_____

Credit Card Number _____  Exp Date _____

If using an American Express card, please provide the 4-digit ID number _____

Forms-Attorney_Assessment_2009_2010.wpd
Approved: December 8, 2008