IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3053 |
| | ) | |
| V. | ) | |
| | ) | |
| CHIEN HUNG NGUYEN, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant has filed an Unopposed Motion to Extend Filing Deadline for Pretrial Motions currently set for June 24, 2010 ( Filing No.34). Defense counsel explains additional time is needed to review discovery and confer with the defendant  Based on the showing set forth in the defendant's motion, the court finds the motion should be granted.

   IT IS ORDERED:

1)   The defendant's unopposed motion to continue, (Filing no. 34), is granted and the defendant's pretrial motions and briefs shall be filed on or before July 22, 2010.

2)   The ends of justice will be served by granting defendant's motions to continue the pretrial motion deadline, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between **June 24, 2010** and **July 22, 2010**, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

3)   The trial of this case remains set to commence on August 2, 2010 before Judge Richard J. Kopf.

DATED this 24th day of June, 2010.         BY THE COURT:

                                                     S/ *Cheryl R. Zwart*
                                                     United States Magistrate Judge