IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3053 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CHIEN HUNG NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant has filed a Motion to Appoint Counsel, (filing no. 52), stating he can no longer afford representation. The Defendant is asking the Court to appoint Kurt P. Leffler at the government's expense. The court has been presented with a Financial Affidavit (CJA Form 23) signed by the above-named person in support of a request for appointed counsel. After a review of the Financial Affidavit, the court finds the above-named person is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED that the defendant's motion to appoint counsel, (filing no. 52), is granted, and

1) Since this case is approaching final disposition, to avoid interruption and delay, and to provide continuity in defendant's representation, the court hereby appoints Kurt P. Leffler as counsel for the defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1).

2) The Clerk of the court shall mail a copy of this memorandum and order to David Stickman, Federal Public Defender, who shall provide Mr. Leffler with the appropriate CJA voucher.

DATED this 14th day of December, 2010.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge